# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                    Appellant,
vs.
KELLY BELLANGER; TARA
CARPENTER; DWAYNE DEAL;
ROBERT LEGRAND, WARDEN; AND
MARIA WARD,
                    Respondents.

No. 74375

FILED

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming a justice court decision. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-39851

cc: Hon. Jim C. Shirley, District Judge
Renard Truman Polk
Attorney General/Carson City
Pershing County Clerk